United States District Court
Southern District of Texas
**ENTERED**
March 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOEMI HERNANDEZ SEGURA, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL NO. B-13-205 |
| | § | |
| JEH JOHNSON, SECRETARY | § | |
| OF HOMELAND SECURITY, ET AL., | § | |
| Defendants. | § | |

# ORDER

On February 23, 2016, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 55] Plaintiff has objected to said Report and Recommendation. [Doc. No. 56]

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Defendants' motion for summary judgment is granted. [Doc. No. 32].

Signed this 21st day of March, 2016.

Andrew S. Hanen
United States District Judge